AO 91 (Rev. 02/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 14-mj-01000-MJW |
| JAMES E. HEDGES III | ) | |
| | ) | |
| *Defendant* | | |

## CRIMINAL COMPLAINT

I am the undersigned complainant in this case, and state that the following is true to the best of my knowledge and belief.

On or about the date of  07/10/2012  in the county of _____ in the _____ District of Colorado , the defendant violated  Title 29  U. S. C. §  501(c) & 439(b)  an offense described as follows:

(Relevant dates are on or about August 2008 through July 2012)

Falsification of Annual Financial Report Filed by Labor Union, 29 U.S.C. § 439(b)

Embezzlement from Labor Union, 29 U.S.C. § 501(c)

This criminal complaint is based on these facts:

See Affidavit attached hereto and hereby incorporated by reference.

☑ Continued on the attached sheet.

s/Scott Sperberg
*Complainant's signature*

Scott Sperberg, Investogator
*Printed name and title*

Sworn to before me and : ☐ signed in my presence; ☒ submitted, attested to, and acknowledged by reliable electronic means.

Date: January 7, 2014

*Judge's signature*

City and state: Denver, Colorado    Michael J. Watanabe U.S. Magistrate Judge
*Printed name and title*

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Scott Sperberg, being duly sworn, depose and state as follows:

1. I am an Investigator with the Office of Labor-Management Standards (OLMS) and have been so employed since October of 2008. Prior to being employed as an Investigator, I earned a Bachelor's degree in Accounting from the University of Colorado at Denver. I currently am an active Colorado Certified Public Accountant ("CPA"), Certified in Financial Forensics through the American Institute of CPAs, and a Certified Forensic Accountant through the American College of Forensic Examiners Institute. My primary duties as an investigator involve the investigation of Federal violations of the Labor-Management Reporting and Disclosure Act of 1959 ("LMRDA"). I am currently assigned by OLMS to the Denver District Office, which geographically covers five states: Colorado, Montana, New Mexico, Utah, and Wyoming.

2. This affidavit is made in support of a Criminal Complaint against James Edwin Hedges III, DOB 04/20/1953, for violations of 29 U.S.C. § 501(c), Embezzlement, and 29 U.S.C. § 439(b), False Reports. This affidavit is based on the observations of your affiant and those of other sworn investigators. This affidavit is intended to set forth probable cause in support of the criminal complaint and does not purport to set forth all my knowledge regarding this investigation.

3. Based upon my work in a current investigation, your affiant is familiar with United Transportation Union Local 201 ("UTU Local 201" or the "union"). UTU Local 201 is a covered organization under the LMRDA as evidenced by its representation of private sector employees, employed by Burlington Northern Santa Fe Railroad (BNSF), and voluntary filing of at least four Labor Organization Annual Reports with the

U.S. Department of Labor.  UTU represents between 30 and 50 BNSF employees located in Trinidad and LaJunta, Colorado.  The union's geographic jurisdiction covers BNSF round trips from Trinidad to Denver, Colorado, and from La Junta, Colorado to Amarillo, Texas. As such, BNSF is an industry that is both in and affects interstate commerce.  UTU Local 201's annual receipts over the past three years average about $16,000 and it only has one bank account.  UTU Local 201 is governed by the UTU Constitution.

4. Based upon my work in a current investigation, your affiant is familiar with James E. Hedges III, currently residing at 513 West Baca Street in Trinidad, Colorado. A criminal history check of James Hedges III revealed no prior criminal history.  Hedges was Secretary-Treasurer of UTU Local 201 from approximately 2003 until August 25, 2012.

5. On September 24, 2012, OLMS Investigator Karen Sullivan was contacted by telephone by Stacy Gulick, a member of UTU Local 201.  Gulick informed Investigator Sullivan that UTU Local 201's Secretary-Treasurer, Hedges, was unable to explain why the union did not have any money in its checking account.  She stated that Hedges also refused to turn over union financial records to other UTU Local 201 officers.

6. On September 30, 2012, and December 18, 2012, Investigator Sullivan interviewed UTU Local 201 President Richard Roybal in Denver, Colorado.  The following is a synopsis of relevant information obtained during the interview.  Roybal has been president of Local 201 since 2009.  Typical union expenses included postage, envelopes, ballots, paper, compact disks for data, conference calls for membership

meetings, and Hedges's telephone bill. All union disbursements were required to be made by check and to include two signatures, and Hedges and Roybal were the only two authorized signatories on the union's checking account. Hedges prepared the checks and Roybal co-signed them until April 2009, when Hedges stopped having Roybal co-sign checks. Hedges would tell Roybal the purpose and amount of checks but never showed Roybal a receipt or bill. Any union disbursement greater than $50 was supposed to have membership approval. In August 2012, Hedges told Roybal that he took money from the union and he had requested an audit by UTU. Hedges's only entitlements to union disbursements were a monthly salary of $125 and lost time payments (that is, payments made to compensate Hedges for work missed due to union duties). Roybal does not recall the union using cash for disbursements or Hedges having a debit card for the union account.

7.     On October 1, 2012, Investigator Sullivan interviewed UTU International Auditor Donald Wood at his residence in Brighton, Colorado. The following is a synopsis of relevant information obtained during the interview. Wood audited Local 201's records for the period of January 1, 2009, through August 31, 2012, and identified $25,593.27 in unauthorized disbursements made by Hedges from Local 201's checking account. These unauthorized payments were made by checks to cash, checks to various vendors such as Safeway and Wal-Mart, electronic payments made to Alltel and AT&T, and some lost time payments. Wood's audit also found very few expense receipts to support any of these unauthorized expenses. During his audit, Wood was unable to identify proper authorization or approval for Hedges's monthly salary, cell phone allowance, and several lost time payments. UTU's position would be these

expenses lacked proper documentation and authorization and therefore were not approved.  With input from Local 201 President Roybal, however, Wood agreed to allow Hedges a monthly salary of $125, $50 per month for the union's use of his personal cell phone, and lost time payments.  Hedges admitted to Wood that he took money from the union for health issues, medications for his family, food, auto insurance, cigarettes, firewood, and AT&T phone bills.  None of these expenses were authorized by the union.

8. OLMS reviewed cancelled checks and bank statements from UTU Local 201's checking account for the period of November 1, 2007, through July 10, 2012.  The review determined that all checks issued directly to Hedges were authorized.  The review identified the following unauthorized disbursements, however, totaling $17,543.43 that Hedges admitted to taking and using for his personal use.

| Check Date | Check Number | Payee | Check Amount | Unauthorized Amount |
|---|---|---|---|---|
| 08/28/2008 | Debit | Alltel | 107.88 | 57.59 |
| 10/02/2008 | Debit | Alltel | 55.15 | 5.15 |
| 11/07/2008 | Debit | Alltel | 62.86 | 12.86 |
| 11/16/2008 | 3553 | Safeway | 130.00 | 130.00 |
| 11/21/2008 | 3554 | Safeway | 89.26 | 89.26 |
| 11/22/2008 | 3556 | Safeway | 60.00 | 60.00 |
| 12/04/2008 | Debit | Alltel | 112.00 | 62.00 |
| 12/05/2008 | 3561 | Safeway | 60.00 | 60.00 |
| 12/10/2008 | 3564 | Safeway | 120.00 | 120.00 |
| 12/29/2008 | Debit | Alltel | 108.51 | 58.51 |
| 01/06/2009 | Debit | Alltel | 107.17 | 57.17 |
| 01/11/2009 | 3571 | Safeway | 45.00 | 45.00 |
| 01/18/2009 | 3572 | Safeway | 42.72 | 42.72 |
| 01/28/2009 | 3573 | Cash | 60.00 | 60.00 |
| 02/10/2009 | 3582 | Safeway | 110.00 | 110.00 |
| 02/11/2009 | Debit | Alltel | 102.70 | 52.00 |
| 02/22/2009 | 3587 | Safeway | 110.00 | 110.00 |

| Check Date | Check Number | Payee | Check Amount | Unauthorized Amount |
|---|---|---|---:|---:|
| 03/11/2009 | Debit | Alltel | 102.54 | 52.70 |
| 04/07/2009 | 3600 | Safeway | 120.00 | 120.00 |
| 04/27/2009 | 3606 | Safeway | 60.00 | 60.00 |
| 04/30/2009 | Debit | Alltel | 230.99 | 180.99 |
| 05/10/2009 | 3611 | Safeway | 20.00 | 20.00 |
| 05/29/2009 | 3614 | Cash | 40.00 | 40.00 |
| 06/17/2009 | 3616 | Safeway | 55.00 | 55.00 |
| 06/24/2009 | 3622 | Cash | 60.00 | 60.00 |
| 06/29/2009 | 3623 | Cash | 50.00 | 50.00 |
| 07/03/2009 | Debit | Alltel | 186.71 | 136.71 |
| 07/31/2009 | 3630 | Cash | 60.00 | 60.00 |
| 07/31/2009 | 3632 | Safeway | 60.00 | 60.00 |
| 08/31/2009 | Debit | Alltel | 253.46 | 203.46 |
| 10/29/2009 | Debit | Alltel | 144.04 | 94.04 |
| 11/29/2009 | 3660 | Safeway | 60.00 | 60.00 |
| 12/01/2009 | 3663 | Federal VeteranClinic | 51.00 | 51.00 |
| 12/07/2009 | 3666 | Wal-Mart | 77.83 | 77.83 |
| 12/08/2009 | 3667 | Safeway | 40.00 | 40.00 |
| 12/09/2009 | Debit | Alltel | 186.57 | 136.57 |
| 12/10/2009 | 3668 | Safeway | 46.23 | 46.23 |
| 01/04/2010 | Debit | Alltel | 147.03 | 97.03 |
| 01/14/2010 | 3678 | Cash | 100.00 | 100.00 |
| 01/18/2010 | 3679 | Cash | 200.00 | 200.00 |
| 03/01/2010 | Debit | Alltel | 173.90 | 123.90 |
| 04/01/2010 | Debit | Alltel | 120.00 | 70.00 |
| 04/29/2010 | 1102 | Cash | 45.53 | 45.53 |
| 04/29/2010 | Debit | Alltel | 280.45 | 230.45 |
| 05/04/2010 | 1103 | Cash | 125.40 | 125.40 |
| 05/11/2010 | 1104 | Retail Services | 76.00 | 76.00 |
| 06/15/2010 | 2001 | Wal-Mart | 68.54 | 68.54 |
| 07/01/2010 | 2004 | Safeway | 16.68 | 16.68 |
| 07/01/2010 | 2002 | FPVC (Vet Clinic) | 53.40 | 53.40 |
| 07/06/2010 | 2006 | Safeway | 13.07 | 13.07 |
| 07/06/2010 | 2003 | Wal-Mart | 113.56 | 113.56 |
| 07/06/2010 | 2005 | Wal-Mart | 101.08 | 101.08 |
| 07/14/2010 | Debit | Alltel | 50.00 | 0 |
| 07/20/2010 | 2013 | Retail Services | 75.68 | 75.68 |
| 08/05/2010 | 2017 | Wal-Mart | 7.48 | 7.48 |
| 08/15/2010 | 2018 | Safeway | 23.20 | 23.20 |

| Check Date | Check Number | Payee | Check Amount | Unauthorized Amount |
|---|---|---|---|---|
| 08/21/2010 | 2020 | Safeway | 35.00 | 35.00 |
| 08/21/2010 | 2021 | Safeway | 45.17 | 45.17 |
| 08/23/2010 | 2023 | Safeway | 36.27 | 36.27 |
| 08/31/2010 | 2024 | Wal-Mart | 15.90 | 15.90 |
| 09/02/2010 | Debit | Alltel | 174.41 | 124.41 |
| 09/04/2010 | 2029 | Safeway | 40.00 | 40.00 |
| 09/04/2010 | 2030 | Safeway | 28.01 | 28.01 |
| 09/07/2010 | Debit | Alltel | 164.38 | 114.38 |
| 09/11/2010 | 2033 | Safeway | 87.64 | 87.64 |
| 09/14/2010 | 2040 | Retail check services | 138.32 | 138.32 |
| 09/16/2010 | 2039 | J.R.'s Fuel Stop | 8.55 | 8.55 |
| 09/16/2010 | 2038 | Smoker Friendly | 48.54 | 48.54 |
| 09/29/2010 | Debit | Alltel | 200.00 | 150.00 |
| 10/04/2010 | 2057 | Whistle Stop | 31.07 | 31.07 |
| 10/07/2010 | 2059 | J.R.'s Fuel Stop | 15.82 | 15.82 |
| 10/12/2010 | 2060 | Kovenience Korner | 24.92 | 24.92 |
| 10/29/2010 | 2063 | Safeway | 12.81 | 12.81 |
| 10/31/2010 | 2064 | Safeway | 65.81 | 65.81 |
| 10/31/2010 | 2065 | Safeway | 39.19 | 39.19 |
| 11/01/2010 | Debit | Alltel | 170.50 | 120.50 |
| 11/05/2010 | 2068 | Safeway | 103.71 | 103.71 |
| 11/05/2010 | 2069 | Safeway | 23.74 | 23.74 |
| 11/12/2010 | M.O. | Retail Services | 111.00 | 111.00 |
| 11/30/2010 | M.O. | The Advantage Group | 64.02 | 64.02 |
| 12/01/2010 | 2076 | Safeway | 33.32 | 33.32 |
| 12/03/2010 | Debit | Alltel | 220.00 | 170.00 |
| 01/05/2011 | Debit | Alltel | 162.13 | 112.13 |
| 01/17/2011 | 2127 | Safeway | 34.49 | 34.49 |
| 02/05/2011 | 2133 | Safeway | 42.34 | 42.34 |
| 02/08/2011 | Debit | Alltel | 100.00 | 50.00 |
| 03/28/2011 | Debit | Alltel | 221.23 | 171.23 |
| 04/02/2011 | 2141 | Safeway | 35.00 | 35.00 |
| 04/02/2011 | 2142 | Safeway | 132.92 | 132.92 |
| 04/03/2011 | 2143 | Safeway | 83.03 | 83.03 |
| 05/07/2011 | 2150 | Colorado Park & Rec. | 7.00 | 7.00 |
| 05/09/2011 | Debit | Alltel | 100.00 | 50.00 |
| 05/28/2011 | 2163 | Cash | 75.50 | 75.50 |
| 05/31/2011 | 2164 | Cash | 75.00 | 75.00 |
| 06/04/2011 | 2166 | Cash | 45.00 | 45.00 |

| Check Date | Check Number | Payee | Check Amount | Unauthorized Amount |
|---|---|---|---|---|
| 06/15/2011 | 2170 | Cash | 125.00 | 125.00 |
| 06/15/2011 | 2171 | Safeway | 30.00 | 30.00 |
| 06/20/2011 | Debit | Smoker Friendly | 44.26 | 44.26 |
| 07/01/2011 | 2176 | Cash | 41.75 | 41.75 |
| 07/01/2011 | 2181 | Safeway | 26.15 | 26.15 |
| 07/07/2011 | 2183 | Cash | 55.00 | 55.00 |
| 07/19/2011 | Debit | Gas-a-mat | 45.29 | 45.29 |
| 07/20/2011 | Debit | Kovenience Korner | 24.81 | 24.81 |
| 07/26/2011 | 2184 | Safeway | 75.00 | 75.00 |
| 07/26/2011 | 2185 | Safeway | 32.81 | 32.81 |
| 07/26/2011 | 2186 | Safeway | 87.26 | 87.26 |
| 08/02/2011 | Debit | AT&T | 213.11 | 163.11 |
| 08/12/2011 | 2189 | Safeway | 79.62 | 79.62 |
| 08/23/2011 | 2190 | Cash | 84.00 | 84.00 |
| 08/23/2011 | 2085 | Safeway | 39.61 | 39.61 |
| 08/26/2011 | 2087 | Safeway | 104.70 | 104.70 |
| 08/26/2011 | 2088 | Safeway | 40.00 | 40.00 |
| 08/29/2011 | 2089 | Cash | 72.00 | 72.00 |
| 08/29/2011 | Debit | AT&T | 194.34 | 147.34 |
| 08/29/2011 | 2091 | Safeway | 37.18 | 37.18 |
| 08/31/2011 | 2191 | Safeway | 30.05 | 30.05 |
| 09/06/2011 | 2192 | Safeway | 53.15 | 53.15 |
| 09/09/2011 | Debit | AT&T | 58.88 | 8.88 |
| 09/29/2011 | 2151 | Cash | 70.00 | 70.00 |
| 10/27/2011 | 2156 | Safeway | 48.39 | 48.39 |
| 10/28/2011 | 2157 | Hometown Pharmacy | 33.01 | 33.01 |
| 10/29/2011 | 2158 | Cash | 75.50 | 75.50 |
| 10/31/2011 | 2155 | Wal-Mart | 56.25 | 56.25 |
| 11/01/2011 | 2159 | Cash | 200.00 | 200.00 |
| 11/01/2011 | 2160 | Cash | 60.00 | 60.00 |
| 11/03/2011 | 2095 | Cash | 45.25 | 45.25 |
| 11/10/2011 | Debit | Safeway | 20.00 | 20.00 |
| 11/30/2011 | Debit | AT&T | 185.41 | 135.41 |
| 12/02/2011 | Debit | RS Card Services | 86.00 | 86.00 |
| 12/05/2011 | 2098 | Cash | 55.50 | 55.50 |
| 12/06/2011 | 2099 | Cash | 225.00 | 225.00 |
| 12/19/2011 | Debit | AT&T | 188.46 | 138.46 |
| 01/17/2012 | 2109 | Cash | 85.00 | 85.00 |
| 01/17/2012 | Debit | AT&T | 184.08 | 134.08 |

7

| Check Date | Check Number | Payee | Check Amount | Unauthorized Amount |
|---|---|---|---|---|
| 01/19/2012 | 2111 | Cash | 360.00 | 360.00 |
| 01/19/2012 | 2110 | Safeway | 30.00 | 30.00 |
| 01/20/2012 | 2115 | Cash | 125.00 | 125.00 |
| 01/21/2012 | 2116 | Cash | 200.00 | 200.00 |
| 01/27/2012 | 2118 | Safeway | 21.82 | 21.82 |
| 01/30/2012 | 2120 | Cash | 50.00 | 50.00 |
| 02/11/2012 | 2202 | Jose Rios | 170.00 | 170.00 |
| 02/12/2012 | 2204 | Cash | 120.00 | 120.00 |
| 02/13/2012 | 2205 | Cash | 360.00 | 360.00 |
| 02/14/2012 | Debit | Wal-Mart | 13.30 | 13.30 |
| 02/15/2012 | Debit | Wal-Mart | 21.34 | 21.34 |
| 02/19/2012 | 2210 | Cash | 100.00 | 100.00 |
| 02/21/2012 | Debit | Smoker Friendly | 45.81 | 45.81 |
| 03/02/2012 | Debit | AT&T | 180.52 | 130.52 |
| 03/06/2012 | Debit | RS Card Services | 80.00 | 80.00 |
| 03/07/2012 | 2211 | Cash | 321.80 | 321.80 |
| 03/09/2012 | 2212 | Cash | 300.00 | 300.00 |
| 03/11/2012 | 2213 | Cash | 65.00 | 65.00 |
| 03/12/2012 | 2214 | Safeway | 24.18 | 24.18 |
| 03/13/2012 | 2216 | Cash | 255.00 | 255.00 |
| 03/13/2012 | 2215 | Safeway | 5.00 | 5.00 |
| 03/15/2012 | 2219 | Cash | 300.00 | 300.00 |
| 03/15/2012 | 2218 | Safeway | 16.56 | 16.56 |
| 03/18/2012 | 2241 | Safeway | 242.09 | 242.09 |
| 03/20/2012 | 2242 | Cash | 196.00 | 196.00 |
| 03/22/2012 | 2243 | Cash | 100.00 | 100.00 |
| 03/22/2012 | 2244 | Safeway | 13.44 | 13.44 |
| 03/22/2012 | 2245 | Safeway | 75.63 | 75.63 |
| 03/29/2012 | 2221 | M.S.R.H.C. | 15.00 | 15.00 |
| 04/02/2012 | Debit | AT&T | 178.52 | 128.52 |
| 04/12/2012 | 2225 | Cash | 85.00 | 85.00 |
| 04/16/2012 | 2226 | Cash | 100.00 | 100.00 |
| 04/21/2012 | 2227 | Cash | 150.00 | 150.00 |
| 05/01/2012 | Debit | Smoker Friendly | 45.81 | 45.81 |
| 05/02/2012 | Debit | AT&T | 180.34 | 130.34 |
| 05/07/2012 | 2238 | Cash | 85.00 | 85.00 |
| 05/08/2012 | 2239 | Cash | 65.00 | 65.00 |
| 05/16/2012 | 2248 | Trinidad ArcheryTack | 41.86 | 41.86 |
| 05/17/2012 | 2249 | Cash | 150.00 | 150.00 |

| Check Date | Check Number | Payee | Check Amount | Unauthorized Amount |
|---|---|---|---:|---:|
| 05/17/2012 | 2250 | Cash | 355.00 | 355.00 |
| 05/18/2012 | 2251 | Cash | 50.00 | 50.00 |
| 05/20/2012 | 2253 | Safeway | 54.04 | 54.04 |
| 05/23/2012 | 2257 | Cash | 205.00 | 205.00 |
| 05/24/2012 | 2258 | Cash | 300.00 | 300.00 |
| 05/24/2012 | 2259 | Cash | 235.00 | 235.00 |
| 05/29/2012 | 2263 | Cash | 180.00 | 180.00 |
| 05/29/2012 | 2262 | M.S.R.H.C. | 7.00 | 7.00 |
| 05/30/2012 | Debit | Gas-a-mat | 45.81 | 45.81 |
| 05/30/2012 | Debit | Smoker Friendly | 12.32 | 12.32 |
| 05/31/2012 | 2264 | Cash | 95.75 | 95.75 |
| 06/11/2012 | Debit | AT&T | 178.34 | 128.34 |
| 06/14/2012 | 2268 | Cash | 120.00 | 120.00 |
| 06/14/2012 | 2269 | Cash | 120.00 | 120.00 |
| 06/18/2012 | 2271 | Cash | 380.00 | 380.00 |
| 06/18/2012 | Debit | RS Card Services | 75.00 | 75.00 |
| 06/21/2012 | 2273 | Cash | 100.00 | 100.00 |
| 06/22/2012 | 2274 | Cash | 180.00 | 180.00 |
| 06/25/2012 | 2276 | M.S.R.H.C. | 7.00 | 7.00 |
| 06/26/2012 | 2272 | Cash | 45.00 | 45.00 |
| 06/26/2012 | 2275 | Cash | 100.00 | 100.00 |
| 06/29/2012 | 2279 | Cash | 10.00 | 10.00 |
| 07/01/2012 | 2277 | Smoker Friendly | 19.69 | 19.69 |
| 07/09/2012 | Debit | AT&T | 180.52 | 130.52 |
| 07/10/2012 | 2282 | Safeway | 20.00 | 20.00 |
| 07/10/2012 | 2283 | Safeway | 34.59 | 34.59 |
| | | | $19,441.26 | $17,543.43 |

9. OLMS identified the below deposits totaling $1,338.31 to the union's account that could not be verified as dues deposits. Hedges claims these were restitution payments and the union does not contest Hedges's assertion.

| Date | Amount |
|---|---|
| 08/15/2008 | $  90.00 |
| 08/23/2008 | 60.00 |
| 11/17/2010 | 100.00 |
| 02/07/2011 | 100.00 |
| 07/26/2011 | 229.00 |
| 03/11/2012 | 304.31 |
| 06/30/2012 | 400.00 |
| 07/20/2012 | 55.00 |
| Total | $1,338.31 |

10. On January 23, 2013, OLMS Investigators Karen Sullivan and Carol Gallagher Giuliani conducted a voluntary interview of Hedges at the East Library in Colorado Springs, Colorado. The following is a synopsis of relevant information obtained during the interview. Hedges provided a signed statement. Hedges stated that he was UTU Local 201's Secretary-Treasurer from 2003 until he resigned in July 2012. Hedges confirmed that all union disbursements require membership approval and were to be made by check, co-signed by President Roybal. Hedges admitted to taking the union funds identified by OLMS, which were not authorized and to which he was not entitled. Roybal did not know Hedges was taking union funds and Roybal trusted Hedges was using union checks for authorized disbursements. Hedges confirmed his signature on the unauthorized union disbursements. Hedges admitted that he took the union funds for personal expenses including cigarettes, his son's rent, medical expenses, groceries, and his family's cell phone bills. Hedges stated that he took the union funds because he was having financial problems and needed money

when he was unable to work.  Hedges would write checks to cash and would identify false purposes on checks as a means of tracking the money he needed to repay the union.

      11.     The LMRDA requires the union to file annual financial reports.  *See* 29 U.S.C. § 431.  UTU Local 201 is required to file annual financial reports on form LM-3.  Hedges admitted to preparing and signing UTU Local 201's LM-3 Reports for fiscal years ending December 31, 2009, through December 31, 2011.  Hedges confirmed his signature on the LM-3 reports filed with the Secretary of Labor.  Hedges made all the entries on the filed LM-3 Reports and admitted to making false entries on the reports to hide the money he was taking.  Hedges admitted to under-reporting union disbursements paid to him in LM-3 Report Item 24, "All Officer and Disbursements to Officers," including by excluding from that amount the checks he wrote to cash, the payments made to Safeway, and the payments made to other vendors for Hedges's personal benefit.  The form also includes entries for various items such as "Office & Administrative Expenses," as well as "Other Disbursements."  The amounts Hedges paid to himself as checks to cash or to vendors for his benefit are not identified in any category on these forms.

      12.     Based on my training and experience, and upon the above stated facts contained in this affidavit, I believe there is probable cause that Hedges unlawfully embezzled funds in violation of 29 U.S.C. § 501(c) and unlawfully made and delivered false LM-3 Reports (Labor Organization Annual Report) in violation of 29 U.S.C. § 439(b).

I, Scott Sperberg, being duly sworn according to law, depose and say that the facts stated in the forgoing affidavit are true and correct to the best of my knowledge, information, and belief.

Dated this 7th day of January, 2014.

*s/ Scott Sperberg*_____
Scott Sperberg, Investigator
Office of Labor-Management Standards

Submitted, attested to, and acknowledged by reliable electronic means on _____January 7_____, 2014.

UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Michael J. Watanabe

Affidavit and application reviewed and submitted by Anna K. Edgar, Assistant U.S. Attorney.